# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| Dr. Bartolo Spano, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:11-cv-00187-BO |
| City of Jacksonville, NC, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 11/07/2011

/s/ Peter Breen
*Attorney's signature*

Peter Breen  IL # 6271981
*Printed name and bar number*

Thomas More Society
20 S. LaSalle Street, Suite 440
Chicago, IL 60603
*Address*

pbreen@thomasmoresociety.org
*E-mail address*

(312) 782-1680
*Telephone number*

(312) 782-1887
*FAX number*